# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA HERNANDEZ,<br>    Plaintiff,<br>v.<br>WALMART, INC.,<br>    Defendant. | Case No. 2:24-cv-02405-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 9.

The discovery plan seeks special scheduling without sufficient explanation. Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period because "Plaintiff is alleging past medical expenses of at least $158,912.67." Docket No. 9 at 1. As such, the parties submit that they will require additional time for Defendant to independently obtain Plaintiff's medical records, that there are numerous treating physicians who may need to be deposed, that the parties anticipate retaining medical experts and liability experts who may conduct site inspections, and that many other depositions will be taken. *Id*. at 1-2. The parties request more time as "scheduling/availability issues will arise in unexpected delays." *Id*. at 2. The parties fail to demonstrate how these facts cause this case to be different than many others that come before this Court, and, therefore, require more time than the default discovery period.

Therefore, the Court **DENIES** the parties' joint proposed discovery plan, Docket No. 9, and enters the following scheduling order:

- Initial disclosures: January 16, 2025
- Amend pleadings/add parties: March 27, 2025
- Initial experts: April 28, 2025
- Rebuttal experts: May 28, 2025

- Discovery cutoff: June 25, 2025
- Dispositive motions: July 25, 2025
- Joint proposed pretrial order: August 25, 2025, 30 days after resolution of dispositive motions or further order of the Court

IT IS SO ORDERED.

Dated: January 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge