**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Walmart,*
*Inc., formerly known as Wal-Mart*
*Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LETICIA HERNANDEZ,

    Plaintiff,

    vs.

WALMART, INC. dba WALMART a foreign corporation, DOES 1 through 100; and ROE CORPORATIONS, 1 through 100,

    Defendants.

Case No.: 2:24-cv-02405-NJK
**ORDER GRANTING**
**STIPULATION AND ORDER TO**
**DISMISS WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, between Plaintiff LETICIA HERNANDEZ, an individual, by and through her counsel, PACIFIC WEST INJURY LAW and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 10th day of July, 2026.

**PACIFIC WEST INJURY LAW**

/s/
KRISTOPHER M. HELMICK
Nevada Bar No. 13348
BOHDEN G. COLE
Nevada Bar No. 15719
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiff*

DATED this 10th day of July, 2026.

**TYSON & MENDES LLP**

/s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Walmart, Inc.*

1

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2026.

2